**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____ Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **SFP Franchise Corporation** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 94-3066248 | |
| 4. | Debtor's address | Principal place of business<br><br>300 Oak Bluff Lane<br>Goodlettsville, TN 37072<br>Number, Street, City, State & ZIP Code<br><br>Davidson<br>County | Mailing address, if different from principal place of business<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | https://www.srgretail.com/ | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor  **SFP Franchise Corporation**                                    Case number (*if known*)
        Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4539__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
       - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - ☐ A plan is being filed with this petition.
       - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District | When | Case number |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | **Schurman Fine Papers** | Relationship | **Affiliate** |
    |---|---|---|---|
    | District | **District of Delaware**  When | Case number, if known | |

Debtor   **SFP Franchise Corporation**                                                    Case number (*if known*)
         Name

**11. Why is the case filed in this district?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**
_____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **SFP Franchise Corporation**
         Name                                                              Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 23, 2020**
              MM / DD / YYYY

X _/s/_   **Craig M. Boucher**
Signature of authorized representative of debtor          Printed name

Title   **Chief Restructuring Officer**

---

**18. Signature of attorney**

X _/s/_
Signature of attorney for debtor                          Date **January 23, 2020**
                                                               MM / DD / YYYY

**Matthew B. McGuire 4366**
Printed name

**Landis Rath & Cobb LLP**
Firm name

**919 Market Street**
**Suite 1800**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 467-4400**       Email address   **landis@lrclaw.com**

**4366 DE**
Bar number and State

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFP FRANCHISE CORPORATION, *et al.*,[1] | Case No. 20-_____ (___) |
| Debtors. | (Joint Administration Requested) |
| | Tax I.D. No. 94-3066248 |

## SCHEDULE 1 TO PETITION

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for procedural purposes only.

Schurman Fine Papers

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SFP Franchise Corporation (6248); and Schurman Fine Papers (1409). The location of the Debtors' principal place of business is 300 Oak Bluff Lane, Goodlettsville, Tennessee 37072.

{1270.001-W0059669.}

## OMNIBUS WRITTEN CONSENT OF THE BOARDS OF SCHURMAN FINE PAPERS AND SFP FRANCHISE CORPORATION ADOPTING RESOLUTIONS

### JANUARY 22, 2020

The undersigned members of the board of directors (collectively, the "Board") of Schurman Fine Papers, a California corporation and SFP Franchise Corporation, a Delaware corporation (collectively, the "Company"), as applicable, in accordance with California Corporations Code §307 and Delaware General Corporation Law, 8 *Del. C.* §141, hereby adopt the following resolutions (the "Resolutions"):

**WHEREAS**, the Board has considered the financial and operational conditions of the Company;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring of the Company's business or liquidation of the Company's assets under chapter 11 of title 11 of the United States Code (as amended or modified, the "Bankruptcy Code");

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders, employees, other interested parties and stakeholders that a voluntary petition be filed by the Company under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court") and the filing of such petition is authorized hereby; and it is

**FURTHER RESOLVED**, that the retention and designation of Craig M. Boucher as the Company's Chief Restructuring Officer (the "CRO") and Mackinac Partners LLC ("Mackinac") pursuant to the January 22, 2020 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted and approved in all respects as the acts and deeds of the Company and the Authorized Persons (as defined below) are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Craig M. Boucher as the Company's CRO and Mackinac to provide the Company with a CRO and certain additional personnel; and it is

**FURTHER RESOLVED**, that the members of the Board, the CRO and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") hereby are, and each of them is, authorized and empowered to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection

with the Company's chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Company will obtain benefits from the use of collateral, including cash collateral, as that term is defined in Bankruptcy Code section 363(a) (the "Cash Collateral"), which is security for certain prepetition secured lenders (collectively, the "Secured Lenders") party to that certain financing agreement, dated April 17, 2009 (as amended from time to time prior to the Petition Date, collectively, the "Senior Loan Agreement" and, together with the other Loan Documents, as defined in the Senior Loan Agreement, collectively, the "Senior Loan Documents") with Wells Fargo Bank, National Association, in its capacities as administrative agent and collateral agent (in such capacities, "Senior Agent"), and the lenders party thereto (the "Senior Lenders"); and it is

**FURTHER RESOLVED**, that in order to use and obtain the benefits of the Cash Collateral pursuant to the disbursements and receipts set forth in the 13-week budget (the "Cash Collateral Budget"), and in accordance with Bankruptcy Code section 363, each Company will provide certain adequate protection to the Secured Lenders (the "Adequate Protection Obligations"), as documented in a proposed order in interim and final form (the "Cash Collateral Order") and submitted for approval to the Bankruptcy Court; and it is

**FURTHER RESOLVED**, that the form, terms, and provisions of the Cash Collateral Budget and Cash Collateral Order to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are authorized, adopted, and approved, and each of the Authorized Persons be, and hereby is, authorized and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, the Cash Collateral Order, and such other agreements, certificates, instruments, receipts, petitions, motions, or other papers or documents to which the Company is or will be a party (collectively with the Cash Collateral Order, the "Cash Collateral Documents"), incur and pay or cause to be paid all fees and expenses and engage such persons, in each case, in the form or substantially in the form thereof submitted to the Board, with such changes, additions, and modifications thereto as the Authorized Persons executing the same shall approve, such approval to be conclusively evidenced by such officers' execution and delivery thereof; and it is

**FURTHER RESOLVED**, that each Company, as debtor and debtor-in-possession under the Bankruptcy Code be, and hereby is, authorized to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the Cash Collateral Documents (collectively, the "Cash Collateral Transactions"), including granting liens on its assets to secure such obligations; and it is

**FURTHER RESOLVED**, that each of the Authorized Persons of the Company be, and hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the Cash Collateral Transactions and all fees and expenses incurred by or on behalf of each Company in connection with the foregoing resolutions, in accordance with the terms of the Cash Collateral Credit Documents, which shall

in their sole judgment be necessary, proper, or advisable to perform each Chapter 11 Entity's obligations under or in connection with the Cash Collateral Order or any of the other Cash Collateral Credit Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that the retention of Landis Rath & Cobb LLP pursuant to the January 2, 2020 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed an application for authority to retain Landis Rath & Cobb LLP as the Company's counsel; and it is

**FURTHER RESOLVED**, that the retention of Omni Agent Solutions ("Omni") pursuant to the January 22, 2020 retention agreement and the execution of any retention agreements, the payment of any retainers, fees or expenses, and the approval of any matters related thereto, be and hereby are ratified, adopted and approved in all respects as the acts and deeds of the Company and the Authorized Persons are, and each of them hereby is, authorized and directed to immediately upon and after the filing of the bankruptcy case execute and cause to be filed applications for authority to retain Omni as the Company's claims and noticing agent; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Authorized Persons in connection with the chapter 11 case, the Cash Collateral Documents, or any further action to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the Authorized Persons or the Board in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before the resolutions were adopted, be, and hereby are, ratified, confirmed and approved in all respects.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**IN WITNESS WHEREOF**, the undersigned have executed this resolution as of the date first written above.

**SCHURMAN FINE PAPERS**                    **SFP FRANCHISE CORPORATION**

*/s/ Dominique Schurman*                    */s/ Dominique Schurman*
Dominique Schurman, Director                Dominique Schurman, Director

*/s/ Jonathan Magal*
Jonathan Magal, Director

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SFP Franchise Corporation |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known): | 20-_____ (___) |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jean Cultural & Creative Co. LTD<br>Attn: Judy Chi<br>1F, No. 95-6<br>Pao-Chung Rd.<br>Hsin Tien Dist.,<br>New Taipei City, Taiwan, R.O.C | Phone: (866) 2-2917-1700 Ext. 1218<br><br>Fax: (866) 2-2917-2152<br><br>E-mail: Judy.Chi@JeanCo.com.tw | Trade Debts | | | | $1,674,721.00 |
| Crane & Co. Inc.<br>Attn: Paula Kordana<br>P.O. Box 258<br>Dalton, MA 01227-0258 | Phone: (413) 684-6258<br><br>Fax:<br><br>E-mail: PMKordana@crane.com | Trade Debts | | | | $930,022.00 |
| UPS<br>Attn: Brad Thelen;<br>William Stonecipher<br>P.O. Box 894820<br>Los Angeles, CA 90189-4820 | Phone: (713) 321-0431<br><br>Fax:<br><br>E-mail: BThelen@UPS.com; WStonecipher@UPS.com | Trade Debts | | | | $447,366.00 |

Debtor    **SFP Franchise Corporation**                                                                      Case number *(if known)*    20-_____(___)
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CMPCO Inc.**<br>Attn: Pamela Duwe<br>6049 Hi-Tek Ct.<br>Mason, OH 45040 | Phone: (800) 852-7677 Ext. 2128<br><br>Fax:<br><br>E-mail: PDuwe@cmpaula.com | Trade Debts | | | | $311,128.00 |
| **Cavallini**<br>Attn: Jessica Tang<br>401 Forbes Blvd.<br>S. San Francisco, CA 94080 | Phone: (850) 616-4500<br><br>Fax: (850) 616-4501<br><br>E-mail: JTang@cavallini.com | Trade Debts | | | | $276,277.00 |
| **Rifle Paper Co.**<br>Attn: Valerie Reynolds, Controller<br>558 W. New England Ave.<br>Suite 150<br>Winter Park, FL 32789 | Phone: (407) 622-7679<br><br>Fax:<br><br>E-mail: Valerie.Reynolds@riflepaperco.com | Trade Debts | | | | $184,087.00 |
| **Five Star Carting**<br>Attn: Anthony Tristani<br>5835 47th Street<br>Maspeth, NY 11378 | Phone: (718) 886-4210<br><br>Fax:<br><br>E-mail: sales@fivestarcarting.com | Trade Debts | | | | $173,020.00 |
| **Leo Paper USA**<br>Attn: Behzad Pakzad<br>1180 NW Maple St.<br>Suite 102<br>Issaquah, WA 98027 | Phone: (425) 646-8801<br><br>Fax: (425) 646-8805<br><br>E-mail: info@leousa.com | Trade Debts | | | | $163,539.00 |
| **Preserve Brands**<br>Attn: Susan Hickey, CEO<br>4 Norwood St.<br>Winchester, MA 01890 | Phone: (781) 218-2680<br><br>Fax: (781) 218-2728<br><br>E-mail: Shickey@preservebrands.com | Trade Debts | | | | $151,312.00 |

Debtor  **SFP Franchise Corporation**  
Name

Case number *(if known)*  20-_____(___)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Portico Designs LTD**<br>Attn: Simon Harrison<br>7-9 North Parade Buildings<br>Bath, BA1 1NS | Phone: (44) 1225-329494<br>Fax: (44) 1225-329442<br>E-mail: sales@porticodesigns.com | Trade Debts | | | | $135,275.00 |
| **IG Design Group Americas Inc.**<br>Attn: Serviss Scuorzo<br>338 Industrial Rd<br>Midway, GA 31320 | Phone: (912) 884-9702<br>Fax: (912) 884-5270<br>E-mail: sscuorzo@igdesigngroup-americas.com | Trade Debts | | | | $125,837.00 |
| **Shishi US LLC**<br>Attn: Iiris Haggi<br>240 Peachtree St.<br>NW #16-E-4<br>Atlanta, GA 30303 | Phone: (310) 254-6684<br>Fax:<br>E-mail: iiris@shishi.ee | Trade Debts | | | | $124,887.00 |
| **Thoughtful Human Inc.**<br>Attn: Ali O'Grady<br>1408 Bernard Way<br>Martinez, CA 94553 | Phone: (925) 879-0906<br>Fax:<br>E-mail: sales@thoughtfulhuman.co | Trade Debts | | | | $119,053.00 |
| **Hartley & Marks-Paper Blanks**<br>Attn: Vic Marks; Helen Yen, Accountant<br>P.O. Box 84332<br>Seattle, WA 98124-5632 | Phone: (800) 277-5887<br>Fax: (800) 707-5887<br>E-mail: Hyen@hartleyandmarks.com | Trade Debts | | | | $118,564.00 |
| **Banyan Paper LLC**<br>Attn: Eun Sun Cho<br>1250 Missouri St.<br>Unit 303<br>San Francisco, CA 94107 | Phone: (415) 683-6894<br>Fax:<br>E-mail: Jimmy@goodpaper.com | Trade Debts | | | | $116,487.00 |

Debtor  **SFP Franchise Corporation**                                   Case number *(if known)*  20-_____(___)
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **Décor-Ware International Inc.**<br>Attn: Jennie Dao<br>10220 Fourth St.<br>Rancho Cucamonga, CA 91730 | Phone: (909) 614-1651 Ext. 216<br><br>Fax:<br><br>E-mail: Jennie.Dao@decorwareinc.com | Trade Debts | | | | $114,598.00 |
| **Bens Garden**<br>Attn: Ben Busko<br>95 Audrey Ave.<br>Oyster Bay, NY 11711 | Phone: (888) 922-7646<br><br>Fax: (877) 922-5002<br><br>E-mail: hello@bensgarden.com | Trade Debts | | | | $114,332.00 |
| **Time Factory Publishing**<br>Attn: Sarah M. Combs, office Manager<br>6355 Morenci Trail<br>Indianapolis, IN 46268 | Phone: (317) 290-1333 Ext. 2728<br><br>Fax: (317) 290-1223<br><br>E-mail: Scombs@tfpublishing.com | Trade Debts | | | | $111,336.00 |
| **Ray's Wrap Inc.**<br>Attn: Kat Neufeld<br>3300 West Castor St.<br>Santa Ana, CA 92704 | Phone: (800) 233-0070 Ext. 316<br><br>Fax: (800) 240-1666<br><br>E-mail: kat.neufeld@jilsonroberts.com | Trade Debts | | | | $110,912.00 |
| **CBC Group**<br>Attn: Cynthia Stevens<br>1013 Veterans Dr.<br>Lewisburg, TN 37091 | Phone: (800) 525-6986<br><br>Fax: (800) 525-7959<br><br>E-mail: Cstevenson@cbcgroup.com | Trade Debts | | | | $107,813.00 |

Debtor **SFP Franchise Corporation**  Case number *(if known)* 20-_____ (___)
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Illume** Attn: Ellen Stathes 2000 W 94th St. Bloomington, MN 55431 | Phone: (866) 480-4551 Fax: E-mail: customers@illumecandles.com | Trade Debts | | | | $101,721.00 |
| **Jamil Packaging Corp.** Attn: Joe Cavallo 1420 Industrial Dr. Mishowaka, IN 46544 | Phone: (574) 256-2600 Fax: E-mail: jcavallo@jamilpkg.com | Trade Debts | | | | $91,810.00 |
| **Union Paper Box & Printing Press** Attn: Phylis Wong; Miu Tong 5-6/F Union Industrial Building 27 KO Fai Rd. Yau Tong, Knowloon Hong Kong | Phone: +852 2-772-8200 Fax: (852) 2-772-7683 E-mail: MiuTong@unionpaper.com.hk; Phylis@Unionpaper.com.hk | Trade Debts | | | | $81,061.00 |
| **Pictura, Inc.** Attn: Kathy McGovern, Accounting Manager 4 Andrews Dr. Woodland Park, NJ 07424 | Phone: (973) 692-5448 Ext. 108 Fax: (800) 453-3319 E-mail: Kathy.McGovern@picturausa.com | Trade Debts | | | | $78,147.00 |
| **Grass Mountain International Co. LTD** Attn: Erica; Ken; Vickie 10F-28, No. 6, Lane 180, Sec 6 Mincyuan E. Rd. Neihu Dist. Taipei City 114 | Phone: 866-2-2790-1896 Fax: 886-2-2790-1685 E-mail: UPHILL-A3@UMAIL.HINET.NET; UPHILL-A2@HUMAIL.HINET.NET | Trade Debts | | | | $76,902.00 |

Debtor  **SFP Franchise Corporation**  
Name

Case number *(if known)* 20-_____(___)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Accessories**<br>Attn: Tanya Ulloa<br>11100 Hope St.<br>Cypress, CA 90630 | Phone: (949) 900-5910<br><br>Fax:<br><br>E-mail: tvaughn@americanaccessoriesinc.com | Trade Debts | | | | $76,617.00 |
| **Hachette Book Company (US)**<br>Attn: Edward Dooley<br>P.O. Box 8828<br>JFK Station<br>Boston, MA 02114 | Phone: (617) 263-1809<br><br>Fax: (617) 263-2867<br><br>E-mail: Edward.Dooley@hbgusa.com | Trade Debts | | | | $73,907.00 |
| **Saroj Aimera Dba In Things**<br>Attn: Roma Keniya Ajmera<br>56 Lafayette Ave.<br>Suite 210<br>White Plans, NY 10603 | Phone: (914) 934-9006 Ext. 2011<br><br>Fax:(914) 934-9850<br><br>E-mail: roma@inthingscorp.com | Trade Debts | | | | $72,899.00 |
| **D.M. Merchandising Inc.**<br>Attn: David Redman, Director of Operations<br>835 N. Church Ct.<br>Elmhurst, IL 60126 | Phone: (800) 548-6784 Ext. 222<br><br>Fax: (630) 833-1230<br><br>E-mail: Dredman@dmmerch.com | Trade Debts | | | | $72,847.00 |
| **La Bonne Vie Studio**<br>Attn: Jenny Gregoire<br>648 Gould Ave.<br>Hermosa Beach, CA 90254 | Phone: (310) 889-5320<br><br>Fax:(310) 889-5320<br><br>E-mail: LBVSTUDIO@verizon.com | Trade Debts | | | | $69,159.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SFP FRANCHISE CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-_____ (\_\_\_)<br><br>(Joint Administration Requested)<br><br>Tax I.D. No. 94-3066248 |

### LIST OF EQUITY SECURITY HOLDERS

The following is a list of debtor SFP Franchise Corporation equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing this chapter 11 case.

| **Name and Address of Holder** | **Percentage** |
|---|---|
| Schurman Fine Papers<br>300 Oak Bluff Lane<br>Goodlettsville, TN 37072 | 100% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SFP Franchise Corporation (6248); and Schurman Fine Papers (1409). The location of the Debtors' principal place of business is 300 Oak Bluff Lane, Goodlettsville, Tennessee 37072.

{1270.001-W0059616.2}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SFP FRANCHISE CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-_____ (___)<br><br>(Joint Administration Requested)<br><br>Tax I.D. No. 94-3066248 |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Judges to evaluate possible disqualification or recusal, the above-captioned debtor and debtor-in-possession (the "Debtor") hereby discloses that the following are corporations, other than the Debtor or a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the Debtor's equity interests:

*None.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SFP Franchise Corporation (6248); and Schurman Fine Papers (1409). The location of the Debtors' principal place of business is 300 Oak Bluff Lane, Goodlettsville, Tennessee 37072.

{1270.001-W0059617.}

**Fill in this information to identify the case:**

Debtor name  **SFP Franchise Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    **List of Equity Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 23, 2020**        X /s/ *signature*
                                                                    Signature of individual signing on behalf of debtor

**Craig M. Boucher**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor