IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFP FRANCHISE CORPORATION, *et al.*,[1] | Case No. 20-10134 (JTD) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF FILING OF CHAPTER 11 PETITIONS
AND RELATED MOTIONS AND DECLARATIONS**

**PLEASE TAKE NOTICE** that on January 23, 2020, SFP Franchise Corporation and Schurman Fine Papers (the "Debtors"), filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

A. **VOLUNTARY CHAPTER 11 PETITIONS**

1. Voluntary Petition – SFP Franchise Corporation, Case No. 20- 10134 (JTD) [D.I. 1]

2. Voluntary Petition – Schurman Fine Papers, Case No. 20- 10135 (JTD) [D.I. 1]

B. **FIRST DAY DECLARATION**

1. Declaration of Craig M. Boucher in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [D.I. 3]

C. **FIRST DAY MOTIONS**

1. Motion of Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases [D.I. 4]

2. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Tax and Fee Obligations and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [D.I. 5]

3. Motion of the Debtors for Entry of an Order Authorizing Debtors to Pay Certain Prepetition Shipper and Common Carrier Obligations [D.I. 6]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SFP Franchise Corporation (6248); and Schurman Fine Papers (1409). The location of the Debtors' principal place of business is 300 Oak Bluff Lane, Goodlettsville, Tennessee 37072.

4. Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to (I) Maintain Existing Insurance Policies and Pay All Policy Premiums Arising Thereunder and Renew or Enter Into New Policies and (II) Continue Insurance Premium Financing Program, Pay Insurance Premium Financing Obligations Arising in Connection Therewith and Renew or Enter Into New Premium Financing Arrangements [D.I. 7]

5. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to File (A) a Consolidated List of Creditors in Lieu of Filing a Separate Mailing Matrix for Each Debtor, and (B) a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors and (II) Approving the Manner of Serving the Notice of Commencement [D.I. 8]

6. Motion of the Debtors Seeking Entry of an Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [D.I. 9]

7. Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Wages, Compensation, Employee Benefits and Other Associated Obligations [D.I. 10]

8. Debtors' Application for Authorization to Employ and Retain Omni Agent Solutions as Claims and Noticing Agent Effective *Nunc Pro Tunc* to the Petition Date [D.I. 13]

9. Motion of the Debtors for Entry of Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance and (C) Establishing Procedures for Determining Adequate Assurance of Payment [D.I. 14]

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consultant Agreement, (II) Approving Procedures for Store Closing Sales, (III) Approving the Implementation of Customary Store Bonus Program and Payments to Non-Insiders Thereunder, and (IV) Granting Related Relief [D.I. 21]

11. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief [D.I. 27]

12. Debtors' Motion for Interim and Final Orders (I) Authorizing Postpetition Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B), and (IV) Granting Related Relief [D.I. 28]

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

PLEASE TAKE FURTHER NOTICE that if you would like to receive copies of any of the First Day Motions referenced above prior to the First Day Hearing, copies may be obtained from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov or the Debtors' case information website located at www.omniagentsolutions.com/sfp. If you would like to receive copies of these motions by email you may contact Nicolas E. Jenner, Esq. at jenner@lrclaw.com.

Dated: January 23, 2020
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas Jenner*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mcguire@lrclaw.com
jenner@lrclaw.com

*Proposed Counsel to the Debtors
and Debtors-In-Possession*