**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **In Re:** ) ) ) **SFP FRANCHISE CORPORATION,** ) *et al.,* ) ) ) ) ) ) **Debtor.** ) ) | **CHAPTER 11** **Case No. 20-10134 (JTD)** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted

_____/s/Ronald M. Tucker_____
Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc. and its related entities
IN 11428-49
(317) 263-2346
(317) 263-7901 (FAX)
E-mail address: rtucker@simon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 24th day of January, 2020 via ECF Noticing to the parties of record.

By: */s/Ronald M. Tucker*
Ronald M. Tucker, Esq.

*Debtor* represented by **Nicholas Jenner**
**SFP Franchise Corporation** Landis, Rath & Cobb, LLP
300 Oak Bluff Lane 919 Market Street, Suite 1800
Goodlettsville, TN 37072 Wilmington, DE 19899
302-467-4400
Email: jenner@lrclaw.com

**Matthew B. McGuire**
Landis, Rath & Cobb, LLP
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400
Email: mcguire@lrclaw.com

*U.S. Trustee*
**United States Trustee**
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
302-573-6491