# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SFP FRANCHISE CORPORATION, *et al.*,[1] | Case No. 20-10134 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED FOR FEBRUARY 27, 2020, AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN T. DORSEY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801[2]

## MATTERS FILED UNDER CNO/COC:

1.  Application of the Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Mackinac Partners, LLC to Provide the Debtors with Co-Chief Restructuring Officers and Certain Additional Personnel and (II) Designating Michael R. Nowlan and Craig M. Boucher as the Debtors' Co-Chief Restructuring Officers, Nunc Pro Tunc to the Petition Date [D.I. 107, filed on February 3, 2020]

    Response Deadline: February 18, 2020 at 4:00 p.m. (ET). Extended to February 24, 2020 at 12:00 p.m. for the United States Trustee and the Official Committee of Unsecured Creditors.

    Responses Received:

    A.  Informal comments received from the United States Trustee

    B.  Informal comments received from the Official Committee of Unsecured Creditors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: SFP Franchise Corporation (6248); and Schurman Fine Papers (1409). The location of the Debtors' principal place of business is 300 Oak Bluff Lane, Goodlettsville, Tennessee 37072.

[2] Any party who wishes to attend telephonically is required to make arrangements prior to the hearing through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

{1270.001-W0060350.2}

Related Documents:

A. Supplemental Declaration of Craig M. Boucher in Support of Application of the Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Mackinac Partners, LLC to Provide the Debtors with Co-Chief Restructuring Officers and Certain Additional Personnel and (II) Designating Michael R. Nowlan and Craig M. Boucher as the Debtors' Co-Chief Restructuring Officers, Nunc Pro Tunc to the Petition Date [D.I. 241, filed on February 24, 2020]

B. Certification of Counsel Regarding Application of the Debtors for Entry of an Order (I) Authorizing the Employment and Retention of Mackinac Partners, LLC to Provide the Debtors with Co-Chief Restructuring Officers and Certain Additional Personnel and (II) Designating Michael R. Nowlan and Craig M. Boucher as the Debtors' Co-Chief Restructuring Officers, Nunc Pro Tunc to the Petition Date [D.I. 242, filed on February 24, 2020]

Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

2. Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Hilco IP Services LLC, D/B/A Hilco Streambank as Intellectual Property Disposition Consultant, Effective Nunc Pro Tunc to January 24, 2020 and (II) Granting Related Relief [D.I. 112, filed on February 4, 2020]

Response Deadline: February 18, 2020 at 4:00 p.m. (ET). Extended to February 24, 2020 at 12:00 p.m. for the United States Trustee and the Official Committee of Unsecured Creditors.

Responses Received:

A. Informal comments received from the United States Trustee

B. Informal comments received from the Official Committee of Unsecured Creditors

Related Documents:

A. Certification of Counsel Regarding Application of the Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Hilco IP Services LLC, D/B/A Hilco Streambank as Intellectual Property Disposition Consultant, Effective Nunc Pro Tunc to January 24, 2020 and (II) Granting Related Relief [D.I. 240, filed on February 24, 2020]

Status: A certification of counsel has been filed and submitted in accordance with the Court's procedures.

**MATTERS GOING FORWARD:**

3.  Debtors' Motion for an Order (A) Approving the Sale of Certain of the Debtors' Nonresidential Real Property Leases and Furniture, Fixtures and Equipment Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Leases and (C) Granting Certain Related Relief [D.I. 144, filed on February 6, 2020]

    Response Deadline: February 20, 2020 at 4:00 p.m. (ET). Extended to February 24, 2020 at 10:00 a.m. for RCPI Landmark Properties, L.L.C.

    Responses Received:

    A.  Informal comments received from the United States Trustee

    B.  Informal comments received from the Official Committee of Unsecured Creditors

    C.  Informal comments received from RCPI Landmark Properties, L.L.C.

    D.  Informal comments received from BP Prucenter Acquisition, LLC

    E.  Informal comments received from Texas Taxing Authorities

    F.  The Taubman Landlords' Objection to the Motion for Proposed Order (I) Authorizing and Approving Sale of Unexpired Leases and Furniture, Fixtures and Equipment, and (II) Cure Claim Objection [D.I. 212, filed on February 18, 2020]

    G.  Objection by Westfield, LLC and Certain Affiliates to Debtors' Motion for an Order (A) Approving the Sale of Certain of the Debtors' Nonresidential Real Property Leases and Furniture, Fixtures and Equipment Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Leases and (C) Granting Certain Related Relief [D.I. 213, filed on February 19, 2020]

    H.  Limited Objection of Brookfield Property Reit Inc., Starwood Retail Partners, LLC, The Forbes Company, The Macerich Company, The Related Companies, and Tybab Partners LLC to Debtors' Motion for an Order (A) Approving the Sale of Certain of the Debtors' Nonresidential Real Property Leases and Furniture, Fixtures and Equipment Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Leases and (C) Granting Certain Related Relief [D.I. 215, filed on February 20, 2020]

    I.  Objection of Hines Global Reit, Inc., QIC Properties US, Inc., and Regency Centers, L.P. to Assumption and Assignment of Leases [D.I. 216, filed on February 20, 2020]

    J.  Joinder of Simon Property Group, Inc. to Taubman Landlords' Objection to the Motion for Proposed Order (I) Authorizing Sale of Unexpired Leases and Furniture,

Fixtures and Equipment, and (II) Cure Claim Objection [D.I. 217, filed on February 20, 2020]

K. Northpark Partners, LP's Objection to Debtor's Motion for an Order (A) Approving the Sale of Certain of the Debtors' Nonresidential Real Property Leases and Furniture, Fixtures and Equipment Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Leases and (C) Granting Certain Related Relief [D.I. 219, filed on February 20, 2020]

L. Limited Objection and Reservation of Rights of Wells Fargo Bank N.A., in its Capacity as Landlord, to Debtors' Motion for an Order (A) Approving the Sale of Certain of the Debtors' Nonresidential Real Property Leases and Furniture, Fixtures and Equipment Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Leases and (C) Granting Certain Related Relief [D.I. 220, filed on February 20, 2020]

M. Limited Objection of Metropolitan Transportation Authority to Debtors' Motion for an Order (I) Approving the Sale of Certain of the Debtors' Nonresidential Real Property Leases and Furniture, Fixtures and Equipment Free and Clear of Liens, Claims, Encumbrances and Other Interests, (II) Approving Assumption and Assignment of Leases and (IV) Granting Certain Related Relief [D.I. 221, filed on February 20, 2020]

N. Landlord BP Prucenter Acquisition LLC's Limited Objection and Reservation of Rights Regarding Debtors' Potential Assumption and Assignment of Lease in Connection with Sale of Certain of the Debtors' Nonresidential Real Property Leases [D.I. 222, filed on February 20, 2020]

O. Limited Objection of Astor Retail Strategic Venture LLC to Debtors' Motion for an Order (A) Approving the Sale of Certain of the Debtors' Nonresidential Real Property Leases and Furniture, Fixtures and Equipment Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Leases and (C) Granting Certain Related Relief [D.I. 236, filed on February 22, 2020]

Related Documents:

A. Notice of Filing of proposed Adequate Assurance Information in Connection with Debtors' Motion for a Order (A) Approving the Sale of Certain of the Debtors' Nonresidential Real Property Leases and Furniture, Fixtures and Equipment Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Leases and (C) Granting Certain Related Relief [D.I. 180, filed on February 12, 2020]

B. Notice of Filing of Revised Sale Order [D.I. 245, filed on February 25, 2020]

C.  Declaration of Craig M. Boucher in Support of Debtors' Motion for an Order (A) Approving the Sale of Certain of the Debtors' Nonresidential Real Property Leases and Furniture, Fixtures and Equipment Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Assumption and Assignment of Leases and (C) Grating Related Relief [D.I. 246, filed on February 25, 2020]

Status: The Astor Retail Strategic Venture LLC's Objection (O) has been mooted and the informal comments received from the United States Trustee, RCPI Landmark Properties, L.L.C., BP Prucenter Acquisition, LLC and Texas Taxing Authorities have been resolved in principle. The Debtors are working with the Committee and various landlord counter parties to resolve the remaining informal comments and objections. This Matter will go forward.

Dated: February 25, 2020
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Nicolas E. Jenner*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Nicolas E. Jenner (No. 6554)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
　　　　 mcguire@lrclaw.com
　　　　 jenner@lrclaw.com

*Counsel to the Debtors and Debtors-In-Possession*